[No. 5878. Decided December 16, 1905.]

JAMES A. BROADBENT, *Appellant,* v. MUKILTEO LUMBER COMPANY, *Respondent.*1

Appeal from a judgment of the superior court for Snohomish county, Denney, J., entered December 13, 1904, in favor of the defendant, dismissing on the merits an action for services as an architect, upon sustaining a challenge to the evidence. Affirmed.

*Rossman & Johnson,* for appellant.

*Brownell & Coleman* and *Cooley & Horan,* for respondent.

PER CURIAM.—This is an action to recover the value of services alleged to have been rendered by appellant as an architect in the building of a sawmill. At the conclusion of the testimony, the court sustained a challenge to the sufficiency of the evidence, and the cause was dismissed.

The record is voluminous, and its analysis in this opinion would be profitless. But, conceding the legal propositions urged by appellant in his favor, from an investigation of the testimony submitted by him on both direct and cross-examination, we are convinced that there was a failure of proof to sustain his claim.

The judgment will therefore be affirmed.

---

[No. 5730. Decided December 19, 1905.]

SETH WARREN, *Respondent,* v. CHEHALIS COUNTY, *Appellant.*2

Appeal from a judgment of the superior court for Chehalis county, Irwin, J., entered January 23, 1905. Reversed.

*E. E. Boner, W. H. Abel,* and *John C. Hogan,* for appellant.

*C. W. Hodgdon,* for respondent.

PER CURIAM.—This cause involves the same questions discussed in *Ogden v. Chehalis County, ante* p. 45, 82 Pac. 1095. For the reasons there assigned, the judgment in this case is reversed and the cause remanded with instructions to dismiss the action.

1Reported in 82 Pac. 1135.

2Reported in 82 Pac. 1097.